FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 03, 2026
SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FRANK MURILLO
*Petitioner*
v.
CHIEF ROBERT GUERRERO
*Respondent*

Civil Action No. 4:26-CV-05069-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________________ recover costs from the plaintiff *(name)* ______________________.

☑ other: Pursuant to the Order at ECF No. 18, Petitioner's Amended Writ of Habeas Corpus Petition (ECF No. 5) is DISMISSED. Judgment of Dismissal is entered.

This action was *(check one)*:

❐ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______________________ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian ______________________ on a motion for

Date: ______________________

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*